PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

CLERK U.S. DISTRICT COURT
NORTHERN DIST. OF TX
LUBBOCK DIVISION

## IN THE UNITED STATES DISTRICT COURT
### FOR THE _Northern_ DISTRICT OF TEXAS
### _____ DIVISION

2022 MAY 26  AM 8: 06

DEPUTY CLERK___BMH

Malcolm Webb #2034/044
Plaintiff's Name and ID Number

Joe Ney Unit
Place of Confinement

**5-22 CV 0097-H**

CASE NO._____
(Clerk will assign the number)

v.

Holcomb, D. CoII unknown
Defendant's Name and Address

_____
Defendant's Name and Address

_____
Defendant's Name and Address
( DO NOT USE "ET AL.")

---

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1.  To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2.  Your complaint must be legibly  handwritten, in ink, or typewritten.  You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK  PAGE AND  WRITE ON IT.

3.  You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4.  When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID) , the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

Rev. 05/15

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1.  In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2.  If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3.  The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee."   *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis.)*

4.  If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.  PREVIOUS LAWSUITS:

   A.  Have you filed *any* other lawsuit in state or federal court relating to your imprisonment?   _YES _X_ NO

   B.  If your answer to "A" is "yes", describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

   1.  Approximate date of filing lawsuit: _____

   2.  Parties to previous lawsuit:
      Plaintiff(s) _____
      Defendant(s) _____

   3.  Court: (If federal, name the district; if state, name the county.) _____

   4.  Cause number: _____

   5.  Name of judge to whom case was assigned: _____

   6.  Disposition: (Was the case dismissed, appealed, still pending?) _____

   7.  Approximate date of disposition: _____

Rev. 05/15

II.   PLACE OF PRESENT CONFINEMENT: _Joe Ney Unit_____

III.  EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?   ✓ YES ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.   PARTIES TO THIS SUIT:

A. Name and address of plaintiff: _Malcolm Webb #2034644 Joe Ney Unit 114 Private Rd 4303 Hondo TX 78861_____

_____

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: _Holcomb, D. COII_____

_____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_This officer is part of the officers that assaulted me._____

Defendant #2: _____

_____

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #3: _____

_____

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #4: _____

_____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #5: _____

_____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Rev. 05/15

V.     STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely.  IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Officer Holcomb among a group of other officers assaulted me in the vestibule space at the LeBlanc Unit, 1 Building, on August 28th, 2020. I'm not sure of the other officers names or addresses because the LeBlanc Unit refused to release the information and moved me off of the unit to Stiles unit. I didn't have access to a law library and was shortly moved to the Joe Ney unit which does not have a law library and also refuses to release the information. Please see the attatchments.

VI.    RELIEF:

State briefly exactly what you want the court to do for you.   Make no legal arguments.  Cite no cases or statutes.

I would like compensation.

VII.   GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Malcolm Webb.

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

#1828488 ; # 2034644

VIII.  SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?  ____YES  ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1.  Court that imposed sanctions (if federal, give the district and division): _____

2.  Case number: _____

3.  Approximate date sanctions were imposed: _____

4.  Have the sanctions been lifted or otherwise satisfied?               ____YES ____NO

Rev. 05/15

C. Has any court ever warned or notified you that sanctions could be imposed?        ____ YES   ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

    1. Court that issued warning (if federal, give the district and division): _____

    2. Case number: _____

    3. Approximate date warning was issued: _____

Executed on: **5/10/22**
         DATE

*Malcolm Webb*
*Malcolm Webb*
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this ___**10th**___ day of ___**May**___, 20 **22**.
        (Day)           (month)       (year)

*Malcolm Webb*
*Malcolm Webb*
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Rev. 05/15

Date: 9-16-22
2020

# AFFIDAVIT

THE FOLLOWING STATEMENT IS TRUE & CORRECT AND I will testify IN LAW Court. I AM OVER 21 yrs of Age and this statement is binding....

on: 8-28-2020 I Richard Buzo TDCJ # 2231583 witness four prison guard Running pass me And The warden, And Ran Into 1 Building and Jump on Inmate: WEBB, whom, In any way He didn't Refuse, or resist, In any way.

He stood with his hands behind his Back, And the officer Jump-Him They gouge His eyes, And nose, And Physically punch WEBB offender WEBB In the Face And another officer Kick Him, And slam offender WEBB to the ground. Throughout all This offender weBB, Did Not Resist, OR Faught Back, At All! The officer Illegally assult Inmate weBB.

The Fore Goein is true And Correct And I will testify In Court.

X Richard Buzo  9-16-2020
# 2231583

RICHARD BUZO
2231583

# AFFIDAVIT

This statement is legal and binding. I am over 21 yrs of age and under penalty of perjury the following statement is true.

On Aug. 28 2020, We, ten inmates arrived in a van from E.T.T.F. Unit in Henderson, Tx. and were told to drop off our property + go to lunch. When we went to lunch + came back, on the way back the warden told Inmate __Webb__ to go get mark, he said it was on his bunk and whas going to set it...

And kept walking into the Bldg. the officers ran from the security office, past me in the entrance to I Bldg and jumped the inmate, who did not resist or refuse. they just jumped him + beat him up. This is illegal. But they did that.

My Name is __Gilbert Chavez__ #547356 and will testify to this in court.        S, Chavez

Warden Tompkins ordered Lt. Brown to come and question me about who took the pictures of my face. Lt. Brown was in medical when the pictures and video of me were taken by Officer Simon.

Friday September 11, 2020
The OIG came and spoke to me about my allegations. After he was done and left, ~~security~~ Somebody called for me in the security office. After standing for about a half hour I start asking why am I down here, nobody answered and everybody in the office ignored me. I left.

August 30? 2020
Officer Parks and Officer Abear were questioning me about what happened. After talking with them, they both told me that the officers that assaulted me were within their rights to beat me up and can do so at anytime.

~~[scribbled out text]~~
~~[scribbled out text]~~

Thursday September 17 2020
Officer Johnson and Officer Martin Are working. On the way to commissarry Officer Johnson calls me back to show Officer Martin who I am. I guess to put a face to my name?

September 22 2020
I go to ucc and catch
chain 10 minutes later.
After warden chambers ran ucc.

1.85
1.65
4.00
3.00
2.90
~~2.35~~
1.00
~~4.85~~
~~32~~.60

| | | | |
|---|---|---|---|
| 1 ketchup | 2.10 | 14 | 9 |
| 1 BBQ sauce | 1.10 | 15.00 | |
| chavez | .95 | -6.05 | |
| 1 stamp | 2.30 | 8.95 | |
| 5th | 6.05 | -3.60 | |
| 2 cookies | 2.10 | 5.35 | |
| Fruit sticks | 1.50 | .30 | |
| 3 orange Juice | 3.60 | 5.05 | |
| 10 Envelopes | .30 | 3.20 | |
| 10 soups | 1.65 | 2.105 | |
| 1 beans | -1.00 | 1.70 | |
| 1 corn chips | .65 | 0.35 | |
| 1 Habenero | | +2.85 | |
| 5 dial | | 28.180 | |

1.55
1.65
.5
2.15

.50
~~200~~ 1.65

**SUBJECT:** *State briefly the problem on which you desire assistance.*

I would like to get copies of all officer statements involved in the "use of force" against me on August 28, 2020. Thank you for your time and consideration in this matter.

Malcolm Webb

4/28/2020 2022

Name: Malcolm Webb B8-33   No: 2034644   Unit: Joe Ney

Living Quarters: B8-00 Restricted Housing 8-33   Work Assignment: N/A

**DISPOSITION:** (Inmate will not write in this space)

"Use of Force" — statements are Confidential and are not part of the Open Records list

MAY 0 2 2022

☆I-60 (Rev. 11-90)

---

**SUBJECT:** *State briefly the problem on which you desire assistance.*

I am requesting copies of my medical records for August 28, 2020. Thank you for your time and consideration in this matter.

Malcolm Webb

9/11/20

Name: Malcolm Webb   346644   Unit: LeBlanc

Living Quarters: B-35T   Assignment: Inside Medical 1st

**DISPOSITION:** (Inmate will not write in this space)

☑ YOU WILL BE SCHED.

S. Joaquin
9-17-2020

SEP 1 7 2020

Due
10-8-2020

☆I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ☐ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ☐ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

4. ☐ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)*

5. ☐ *Visiting List (Asst. Director of classification, Administration Building)*

6. ☐ *Parole requirements and related information (Unit Parole Counselor)*

7. ☐ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ☐ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

TO: Open Records _____ DATE: 4/28/22
(Name and title of official)

ADDRESS: _____

---

TEXAS DEPARTMENT / — INSTITUTIONAL DIVISION

# INMATE OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ☐ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ☐ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

4. ☐ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)*

5. ☐ *Visiting List (Asst. Director of classification, Administration Building)*

6. ☐ *Parole requirements and related information (Unit Parole Counselor)*

7. ☐ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ☐ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

TO: Medical _____ DATE: 9/11/20
(Name and title of official)

ADDRESS: _____

**SUBJECT:** *State briefly the problem on which you desire assistance.*

I would like to get copies of all the officer statements, from August 28 2020, on the use of force against me.

Name: Malcolm Webb          No: 2034644          Unit: LeBlanc

Living Quarters: B-33T          Work Assignment: Inside Medical 1st

**DISPOSITION:** (Inmate will not write in this space)

You have to request this information through open records. L. Crain 9/2/20

☆I-60 (Rev. 11-90)

---

**SUBJECT:** *State briefly the problem on which you desire assistance.*

I would like to review my medical records for August 28, 2020. Thank you for your time and consideration in this matter.

X Malcolm Webb
8/30/20

Name: Malcolm Webb          No: 2034644          Unit: LeBlanc

Living Quarters: B-33T          Work Assignment: Medical Unassigned

**DISPOSITION:** (Inmate will not write in this space)

☐ YOU WILL BE SCHED.
S. Jorgensen
9-4-2020

SEP 04 2020

☆I-60 (Rev. 11-90)

**TEXAS DEPARTMENT OF CRIMINAL** — **INSTITUTIONAL DIVISION**

## INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ☐ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ☐ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

4. ☐ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)*

5. ☐ *Visiting List (Asst. Director of classification, Administration Building)*

6. ☐ *Parole requirements and related information (Unit Parole Counselor)*

7. ☐ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ☐ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

TO: _Mrs. Crane (Safety)_  DATE: _9/17/20_
**(Name and title of official)**

ADDRESS: _____

---

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION**

## INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ☐ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ☐ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

4. ☐ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)*

5. ☐ *Visiting List (Asst. Director of classification, Administration Building)*

6. ☐ *Parole requirements and related information (Unit Parole Counselor)*

7. ☐ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ☑ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

TO: _Medical_  DATE: _8/30/20_
**(Name and title of official)**

ADDRESS: _____

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION**

**INMATE REQUEST TO OFFICIAL**

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ☐ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ☐ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

4. ☐ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)*

5. ☐ *Visiting List (Asst. Director of classification, Administration Building)*

6. ☐ *Parole requirements and related information (Unit Parole Counselor)*

7. ☐ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ☐ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

TO: _Medical_____   DATE: _9/11/20_____
(Name and title of official)

ADDRESS: _____

I-60 (Rev. 11-90)

---

DISPOSITION: (Inmate will not write in this space)

☑ YOU WILL BE SCHED.

S. Jorganson
9-11-2020

Records for date
Requested.
S. Jorganson
9-11-2020

Due
10-8-2020

SEP 17 2020

Living Quarters: **B-35T**   Work Assignment: *Inside Medical (st)*   Unit: *LeBlanc*   No: *203HU444*   Name: *Malcolm Webb*

SUBJECT: State briefly the problem on which you desire assistance.

I am requesting copies of my medical records for August 23, 2020. Thank you for your time and consideration in this matter.

Malcolm Webb
9/11/20

Texas Department of Criminal Justice

## Inter-Office Communications

To _____    Date _____

From _____    Subject *#-07461708-20*

away at all times. They started yelling something unintelliga
as I closed 1 bldg door and went to my pod. As Im waiting
for the officer in the picket to roll the door, another officer from
a different unit runs up on me and tells me to put my hands
behind my back. I back away and ask what for? He continue
to walk towards me telling me put my hands behind my
back. While still backing away and facing the officer I
place my hands behind my back and tell him no. At this point
about 4-5 other officers rush me, pushing me against the
wall and then one officer punches me in the face. I tried to
get away from getting hit when I get punched again on the
right side of my face. The officers then throw me to the ground
I get punched in the face on the left side, then the right. Then
someone grabbed my nuts another hand tried to choke me
with my rosary. Right after that I get a finger up each
nostril yanking my head back so I can get punched in the
face again, and I do. Then someone punched me in the back
of the head. When I put my head on the ground, A finger
goes into my left eye so I close it, snatch my head back
to get the finger out and turn my head. I got punched
again on the right side. My hands are behind my back and
while they are putting on the cuffs they twist my left

wrist and push it vomit back towards my head. They get
the restraints on me and when they were removing me from
the building ran me head first into the metal dividers
for the doors and sarcastically said "oops" and laughed
Then I went to medical and led because 2 of the officers
that were Jumping on me, escorted me down there along w
their Lt. who was also a part of

Malcom Webb    8/28/20

P.S.
All of A pod on 1 Bldg Seen it happen. along
officer

ACCEPT AS ORIGINAL



**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER GRIEVANCE FORM**

8-50

Offender Name: Malcolm Webb      TDCJ # 2034644

Unit: Stiles  AF    Housing Assignment: 7 Bldg H 59T

Unit where incident occurred: Leblanc

**OFFICE USE ONLY**

Grievance #: 2021008148

UGI Recd Date: 10-15-2020

HQ Recd Date: OCT 19 2020

Date Due: 11-14

Grievance Code: 400

Investigator ID#: 12589

Extension Date: 12-14

FEB 25 2021

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).**   *I am dissatisfied with the response at Step 1 because...*

I was denied my 2nd question when I am allowed a wide range of questioning to defend myself against any accusations or charges against me. This violates my rights. My rights were also violated because the officer clearly states on the recording there was a use of force but failed to document it or attach the proper code to this case. This undocumented use of force is a violation of my rights. Also, I wrote a step 1 on that with the Assistant wardens name on the grievance and asked to be free of retalliation. He ran my case and UCC on me. I have the right to be free of retalliation and discrimination and had both of these rights violated on two different days. I was not allowed to have my witnesses questioned but instead was asked by the Assistant Warden what would they say? If he wanted to know what they would say, he could have brought them in and questioned them. But by asking me and denying them from being brought on record, violates my rights to question and summon any witnesses that could be helpful in my defence and furthers his retalliation and discrimination against me in this case.

---

**I-128 Front (Revised 11-2010)        YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM        (OVER)**

Appendix G

**Offender Signature:** *Malcolm Webb*      **Date:** 10/14/20

**Grievance Response:**

An investigation has been conducted by the Central Grievance Office. Major disciplinary case #20210005163 has been overturned. It will be at the Warden's discretion as to if the case will be re-heard. This issue is resolved and requires no further action from this office.

*H. M. Pederson*

**JAN 2 6 2021**

**Signature Authority:** _____      **Date:** _____

**Returned because:**   *Resubmit this form when corrections are made.

☒ 1. **Grievable time period has expired.**

☒ 2. **Illegible/Incomprehensible.***

☒ 3. **Originals not submitted. ***

☒ 4. **Inappropriate/Excessive attachments.***

☒ 5. **Malicious use of vulgar, indecent, or physically threatening language.**

☒ 6. **Inappropriate.***

**CGO Staff Signature:** _____

| OFFICE USE ONLY | |
|---|---|
| **Initial Submission** | **CGO Initials:** _____ |
| Date UGI Rec'd: _____ | |
| Date CGO Rec'd: _____ | |
| (check one) ____ Screened  ____ Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |
| **2nd Submission** | **CGO Initials:** _____ |
| Date UGI Rec'd: _____ | |
| Date CGO Rec'd: _____ | |
| (check one) ____ Screened  ____ Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |
| **3rd Submission** | **CGO Initials:** _____ |
| Date UGI Rec'd: _____ | |
| Date CGO Rec'd: _____ | |
| (check one) ____ Screened  ____ Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |

**I-128 Back (Revised 11-2010)**      **Appendix G**

# Texas Department of Criminal Justice

## STEP 1

7H-54T 11-TK-1

**OFFENDER GRIEVANCE FORM**

Offender Name: Malcolm Webb    TDCJ #2034644

Unit: LeBlanc    Housing Assignment: ___3T

Unit where incident occurred: LeBlanc

**OFFICE USE ONLY**

Grievance #: 2021008148

Date Received: SEP 2 1 2020

Date Due: 10-21-20

Grievance Code: 400

Investigator ID #: 261G

Extension Date: _____

Date Retd to Offender: OCT 1 2 2020

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _____    When? _____

What was their response? Appeal Case #. 20210005163

What action was taken? _____

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

Prisoners are allowed a wide range of litigation and an accused is not limited to one line of questioning or defense against charges. In this case, Warden Chambers was outside of 1 Bldg and ordered the officers to chase me down. The officers then left their post and ran into 1 Bldg and beat me up and an ICS was issued. Warden Chambers is in the video Authorizing and policing the ICS making him not only a part of the ICS but also a part of this case. Today, Warden Chambers was the D.H.O. in the above styled case #against me and refused to Allow me the right to question the Charging officer. He also refused to allow any of my witnesses including an officer who will testify to my innocence to be questioned. ~~He~~ The Council Substitute Advised me that this is grounds for appeal. Thus I am appealing this disc. Case because I didn't do anything wrong nor did I resist or fight back. Not only by refusing my question did the warden hurt my defense but he was also a part of the incident and was not supposed to run my case de to that. I also have a grievance, with the wardens name on it and asked to be free of retaliation. I feel that he found me guilty and ran my case and found me guilty as a means of retaliation. SEP 2 1 2020

**I-127 Front** (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

9-18-20    20210005163    24.0    na    Appendix F

SEP 21 2020

**Action Requested to resolve your Complaint.**

Please reverse and dismiss case as I didnt do anything wrong and never resisted or refused.

**Offender Signature:** Malcolm Webb          **Date:** 9/19/20

**Grievance Response:**

Disciplinary case #20210005163 has been reviewed. The disciplinary charge was appropriate for the offense and the guilty verdict was supported by a preponderance of the evidence. All due process requirements were satisfied and the punishment assessed by the Disciplinary Hearing Officer was within agency guidelines. No further action is warranted.

Warden Aaron J. Tompkins, Sr.

**Signature Authority:** _____          **Date:** 10/05/20

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-127) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:** *Resubmit this form when the corrections are made.*

- ☐ 1. Grievable time period has expired.
- ☐ 2. Submission in excess of 1 every 7 days. *
- ☐ 3. Originals not submitted. *
- ☐ 4. Inappropriate/Excessive attachments. *
- ☐ 5. No documented attempt at informal resolution. *
- ☐ 6. No requested relief is stated. *
- ☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
- ☐ 8. The issue presented is not grievable.
- ☐ 9. Redundant. Refer to grievance # _____
- ☐ 10. Illegible/Incomprehensible. *
- ☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely affect the offender's health.**

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

**OFFICE USE ONLY**

Initial Submission          UGI Initials:_____

Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

2nd Submission          UGI Initials:_____

Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

3rd Submission          UGI Initials:_____

Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

Appendix F









U.S. POSTAGE PAID
PM 2-Day
DALLAS, TX
75227
MAY 23, 22
AMOUNT

**$9.45**

1004          79401          R2304M111886-05

Malcolm Webb
c/o Cecilia Webb
2216 Utica Drive
Dallas, Texas 75227



RECEIVED

MAY 2 6 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**TO:**

United States District Court
Office of the Clerk
Northern District of Texas
1205 Texas Avenue, Room 209
Lubbock, Texas 79401

EXPECTED DELIVERY DAY: 05/25/22

USPS TRACKING® #



S
O

9505 5102 4293 2143 3305 71

TRACKED • INSURED